UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES JAMES MILLER,

    Plaintiff,                      No. 18-11284

v.                                    District Judge Laurie J. Michelson
                                          Magistrate Judge R. Steven Whalen

LINCOLN PARK POLICE DEPT.,
ET AL.,

    Defendants.
_____/

## ORDER

Plaintiff Charles James Miller is a prison inmate in the custody of the Federal Bureau of Prisons at the Federal Prison Camp in Tucson, Arizona. On April 24, 2018, he filed a *pro se* civil complaint under 42 U.S.C. § 1983, alleging that the Defendants violated his rights under the Fourth Amendment during the execution of a search warrant. On November 26, 2018, Defendants filed a motion to dismiss [Doc. #15].

Plaintiff now moves to obtain a copy of the Defendants' motion to dismiss, indicating that an inmate assistant in the prison's law library lost the Plaintiff's only copy [Doc. #20]

Plaintiff's motion [Doc. #20] is GRANTED, and a copy of the Defendants' motion to dismiss will be mailed to him.

Because Plaintiff has been without a copy of the Defendants' motion, I will also grant some additional time for him to file a response. Plaintiff's response will now be due on or before MARCH 4, 2019.

IT IS SO ORDERED.

                                         s/ R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE

Dated: February 5, 2019

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was sent to parties of record on February 5, 2019, electronically and/or by U.S. mail.

                                           s/Carolyn M. Ciesla
                                           Case Manager to the
                                           Honorable R. Steven Whalen